(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

J. BARRETT

Malissa R. Harmon

1:19 CV 670

**Plaintiff(s)**

M.J. LITKOVITZ

Case No.

vs.

Honeywell Intelligrated

**Defendants(s)**

2019 AUG 16 PM 12:59

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?　　　　　　　　　　　Yes ✗　　　No____
　　A. If you answered "Yes":
　　　　(1) What is the name and address of your employer
　　　　Honeywell Intelligrated
　　　　7901 Innovation Way
　　　　Mason Ohio 45040
　　　　(2) How much do you earn per month?
　　　　$2657 LTD Striding 8/15/19 LTD benefits will be lowered to $100.00 month.

　　B. If you answered "No"
　　　　(1) Have you ever been employed?　　　　Yes____　　No____
　　　　If yes, what was the last year and month you were
　　　　employed? _____
　　　　How much did you earn a month? _____

II. What is your marital status?
　　Single____　　　　Married ✗　　　　Widowed____　　　　Divorced____
　　A. If you answered "Married":
　　　　(1) Is your spouse employed? Yes____　　No ✗　　Between Jobs looking for work
　　　　If yes, how much does your spouse earn each month?
　　　　$ _____

III. Do you have any dependents?　　　Yes ✗　　　No____
　　If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount | |
|------|-------------|--------|---|
| K D | Son | 300.00 est | living cost food clothes |
| K G D | Son | 300.00 est | |
| K E D | Son | 300.00 est | |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?　　　Yes____　　No ✗
　　A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes X        No ~~X~~

   A. If you answered "Yes", state the combined total amount:
      $ 554.00        .

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
   Yes____        No____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Home | $ 119,000 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| the mony savce | $ 1,200 | | $ |
| water | $ 90.00 | | $ |
| Duke Energy | $ 318.00 | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.
   1512 N Breiel Blvd
   middletown OH 45042

I declare under penalty of perjury that the above information is true and correct.

8/16/19        Signature of Applicant
Date

-3-