UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Malissa R. Harmon,

    Plaintiff,

        v.                           Case No. 1:19cv670

Honeywell Intelligrated,             Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 8, 2019 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 18) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 18) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Defendant's Motion to Dismiss (Doc. 9) is **DENIED**, subject to refiling, if warranted, in response to Plaintiff's Second Amended Complaint. In addition, Plaintiff's Motion for Preliminary Injunction (Doc. 12) is **DENIED**.

    **IT IS SO ORDERED.**

                                            /s/ *Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court